

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's reply brief was due October 2, 2018. *See* TEX. R. APP. P. 38.6(c). On the due date, appellant filed an unopposed motion for extension of time, asking for an additional fourteen days in which to file the reply brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file the reply brief in this court **on or before October 16, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court